| Fill in this information to identify your case | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | |
| Debtor 1: MURRAY JOEL DINES | Case #: 23-40553 |
| First Name Middle Name Last Name | |
| Debtor 2: _____ | Chapter: 7 |
| First Name Middle Name Last Name | |

## Local Bankruptcy Form 1009-1.1
### Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

Please check applicable boxes, complete applicable sections **identifying each amendment,** and attach additional pages as necessary.

### Part 1 Notice

You are hereby notified that the debtor has filed amended documents: __MATRIX (OFFICIAL FORM 106E/F) (ADDING THREE PRE EXISTING DEBTS) _____ **[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

### Part 2 Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
| | | |
| | | |

**2.2. List(s)**

☐ Not applicable (no amendments to List(s))

☒ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
| MATRIX | | ADDED THREE PRE EXISTING DEBTS TO MATRIX |
| | | PROGRESSIVE, JAMES AND MICHAEL CHRISTENBERRY |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
| THIS IS NOT AN ADDRESS CHANGE | ADRESS CORRECT AS DISPLAYED ON FORMS |
| | |

## 2.3. Schedule(s)

☐ Not applicable (no amendments to Schedules)

☒ Schedule(s) are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| N/A | | | |
| | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| N/A | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☒ Amendment to existing creditor | JAMES CHRISTENBERRY | ANY AMOUNT >$1.00 | ANY AMOUNT >$1.00 | ADD NAME TO MATRIX |
| ☐ New creditor<br>☒ Amendment to existing creditor | MICHAEL CHRISTENBERRY | ANY AMOUNT >$1.00 | ANY AMOUNT >$1.00 | ADD NAME TO MATRIX |
| x Amendment to existing Creditor | Progressive Ins. | 300.00 | . | Acc# 3965 |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| | |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| | |
| | |

Schedules I/J:

| Amended/New information |
|---|
|  |
|  |

## 2.4. Statement(s)

☒ Not applicable (no amendments to Statement(s))

☐ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
|  |  |  |

## 2.5. Addition of Creditor(s)

☐ Not applicable (no additions)

☒ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

## Part 3 — Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: 01/01/2024

By: _____ / Murray DnD
Signature / Print name

Mailing Address: 6540 S.W. 27th ct. 66604
Telephone number: 913 336-1105
Facsimile number: NA
E-mail address: personalemailmd@gmail.com

L.B.F. 1009-1.1 (12/18)

Debtor 1: MURRAY JOEL. DINES
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: District of Kansas

Case number (If known): 23-40553

☑ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |

**2.1**

Priority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name: _____
Number Street: _____
City State ZIP Code: _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Case 23-40553   Doc# 73   Filed 01/01/24   Page 4 of 13

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 1 of ___

Debtor 1: **MURRAY JOEL. DINES**
First Name / Middle Name / Last Name

Case number (if known) **23-40553**

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**Priority Creditor's Name**
_____
Number    Street
_____
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

**Priority Creditor's Name**
_____
Number    Street
_____
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

---

**Priority Creditor's Name**
_____
Number    Street
_____
_____
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____ $_____ $_____

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.12** PROGRESSIVE INSURANCE
Nonpriority Creditor's Name
P.O. BOX 31260
Number   Street
TAMPA.                FL       33631
City                  State   ZIP Code

Last 4 digits of account number  3 9 6 5
When was the debt incurred?  2020

**Total claim** $ 300.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.13** JAMES CHRISTENBERRY
Nonpriority Creditor's Name
1645 S.E. 77TH STREET
Number   Street
BERRYTON              KS       66409
City                  State   ZIP Code

Last 4 digits of account number  0 0 0 0
When was the debt incurred?  2022-2023

$ ANY AMOUNT >$1.00

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  BUSINESS & PERSONAL DISPUTE

---

**4.14** MICHAEL CHRISTENBERRY
Nonpriority Creditor's Name
3600 S.E. COLORADO AVE
Number   Street
TOPEKA                KS       66409
City                  State   ZIP Code

Last 4 digits of account number  0 0 0 0
When was the debt incurred?  2022/2023

$ ANY AMOUNT > $1.00

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  BUSINESS & PERSONAL DISPUTE

---

**Part 2:** Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                   Total claim

☐

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

☐

Nonpriority Creditor's Name

Number     Street

City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Debtor 1 MURRAY JOEL. DINES   Case number (if known) 23-40553

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name / Number Street / City State ZIP Code | On which entry in Part 1 or Part 2 did you list the original creditor? Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims Last 4 digits of account number __ __ __ __ |

(Entry blocks repeated 7 times, all blank.)

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page __ of ___

**Part 4:** Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 0 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 0 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 35,236.33 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 0 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 35,236.33 |

As required by L.B.R # 1009-1.1 See attached L.B.R.F 1009-1.1 (12/18)

Add -
James Christenberry to Matrix
Michael Christenberry to Matrix — Already part of Bankruptcy However I noticed they were not listed on the Matrix. This corrects that error and add them to the form.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:

_____
MURRAY JOEL DINES

Debtor(s)

Case No. __23-40553__

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of her/his/their knowledge.

Dated: __01/01/2024__

X _/s/ Murray Dines_
Debtor

_[signature]_
~~Joint Debtor~~ Signature of Debtor

Print Form     Clear Form

UPDATED January 1, 2024, SEE BELOW

**UPDATED MATRIX**

PROGRESSIVE INSURANCE COMPANY
P.O. BOX 31260
TAMPA FLORIDA 33631

JAMES CHRISTENBERRY
1645 S.E. 77TH STREET
BERRYTON KANSAS 66409

MICHAEL CHRISTENBERRY
3600 S.E. COLORADO AVE
TOPEKA KANSAS 66409


MELISSA BOSS
110 VALLEY VISTA HEIGHTS
PLAINS, MT. 59859

HL HASTINGS
LEVITON LAW FIRM, LTD.
RE: EXPRESS SERVICES / CHINN INNOVATIVE SOLUTIONS
ONE PIERCE PLACE
SUITE 725W
ISTASCA, IL. 60143

Cary and Aimee Strong
1025 Massachusetts street
Lawrence, Kansas 66044



ZIMMERMAN & ZIMMERMAN, P.C.
909 SOUTHEAST QUNICY
TOPEKA KANSAS 66612



BEVERLY BERNARDI-POST
5913 SOUTHWEST 17TH
STREET SUITE 400
TOPEKA KANSAS 66604

CREDENCE RESOURCE MANAGEMENT
4222 TRINITY MILLS ROAD
SUITE 260
DALLAS TEXAS 75287


ENHANCED RECOVERY
PO BOX 57547
JACKSONVILLE FLORIDA 32241


IC SYSTEM INC
PO BOX 64378
SAINT PAUL MINNESOTA 64378


KANSAS GAS SERVICE
PO BOX 219046
KANSAS CITY MISSOURI 64121


EVERGY
PO BOX 889
TOPEKA KANSAS 66601
CITY OF TOPEKA (WATER/SEWER)
620 SOUTH EAST MADDISON
SUITE 103
TOPEKA KANSAS 66607 1149


CBK INCORPORATED
3615 SOUTH WEST 29TH STREET
SUITE 101
TOPEKA KANSAS 66614

CONVERGENT OUTSOURCING INCORPORATED
PO BOX 9004
RENTON WASHINGTON 98057 9004